*FOR PUBLICATION*                                                                                     *ORDER*

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX
## APPELLATE DIVISION

```
GOVERNMENT OF THE VIRGIN ISLANDS       ) D.C. Civ. App. No. 2005/055
IN THE MATTER OF THE APPLICATION       ) Sup. Ct. Fam. No. C14/2001
OF THE DEPARTMENT OF HUMAN SERVICES    )
FOR THE TEMP. CARE, CUSTODY AND        )
CONTROL OF: N.K., A MINOR,             )
                                       )
```

On Appeal from the Superior Court of the Virgin Islands
**Presiding Judge: Hon. Patricia D. Steele**

Considered: March 30, 2010
Filed: August 1, 2011

BEFORE:    **CURTIS V. GÓMEZ**, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Judge of the District Court of the Virgin Islands; and **JAMES S. CARROLL III**, Judge of the Superior Court of the Virgin Islands, sitting by designation.

**ATTORNEYS:**

**Gertrude LeCointe, Esq.**
St. Croix, U.S.V.I.
      Attorney for Appellant,

**Maureen Phelan, Esq. AAG**
St. Thomas, U.S.V.I.
      Attorney for Appellee.

Per Curiam.

*In the interest of N.K., a minor*
D.C.Crim. App. No. 2005/0055
*ORDER*
Page 2

## ORDER

**AND NOW** for reasons more fully stated in a Memorandum Opinion filed on even date. It is hereby,

**ORDERED** that the Superior Court's order closing this matter is **VACATED**. It is further

**ORDERED** that this matter is **REMANDED** for continued judicial review and disposition concerning the parental rights of the father.

**SO ORDERED** this first day of August 2011.


**ATTEST:**

**WILFREDO F. MORALES**
Clerk of the Court

By: [signature]


Copies (with accompanying memorandum opinion) to:

Hon. Curtis V. Gómez
Hon. Raymond L. Finch
Hon. James S. Carroll III
Hon. Darryl D. Donohue, Presiding Judge of the Superior Court
Venetia Velazquez, Esq. Clerk of the Superior Court
Queen Terry, Esq.
Gertrude LeCointe, Esq.
Maureen Phelan, Esq. AAG